**Luis Alfredo VASQUEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

No. 08–1596.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2009.

Filed: Aug. 6, 2009.

Ta–Yu Yang, argued, Des Moines, IA, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Joan Estelle Smiley, U.S. Department of Justice, argued, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Luis Alfredo Vasquez petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of his motion to reopen. Because we conclude Vasquez's petition for review was untimely filed more than 30 days after the BIA issued its final order, we lack jurisdiction to review the order. *See* 8 U.S.C. § 1252(b)(1) (petition for review "must be filed" not later than 30 days after date of final order); Fed. R.App. P. 26(a) (computation of time);

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pur-

*Yang v. Mukasey,* 510 F.3d 793, 795–96 (8th Cir.2007) (noting denial of motion to reopen is final order that has to be appealed within 30 days); *Skurtu v. Mukasey,* 552 F.3d 651, 658 (8th Cir.2008) (dismissing petition for lack of jurisdiction because 30–day time limit for filing petition is mandatory and jurisdictional).

Accordingly, we dismiss the petition.

**Michael Andrew SCHLEGEL, Appellant,**

v.

**Rachel PAULOSE, Appellee.**

No. 08–1627.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2009.

Filed: Aug. 6, 2009.

Michael Schlegel, Maple Grove, MN, pro se.

Cameron Hayden, U.S. Attorney's Office, Bismarck, ND, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

suant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Michael Schlegel challenges the district court's[1] dismissal of his petition for a writ of mandamus. We affirm. *See* 8th Cir. R. 47B.

**UNITED STATES of America,
Appellee,**

v.

**Trent L. WILLIAMS, Appellant.**

No. 08–3909.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 5, 2009.

Filed: Aug. 6, 2009.

James C. Delworth, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Felicia Annette Jones, Assistant, Federal Public Defender's Office, St. Louis, MO, for Appellant.

Trent L. Williams, Leavenworth, KS, pro se.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Trent Williams appeals the 18–month sentence the district court[1] imposed upon revoking his supervised release. We conclude that the sentence is not unreasonable. *See United States v. Nelson,* 453 F.3d 1004, 1006 (8th Cir.2006) (holding revocation sentences are reviewed for reasonableness in relation to, inter alia, the advisory Guidelines range and certain 18 U.S.C. § 3553(a) factors). First, the sentence was within the statutory limits. *See* 21 U.S.C. § 841(b)(1)(B) (maximum prison term of 40 years for possessing cocaine base with intent to distribute); 18 U.S.C. § 924(c)(1) (1991) (prison term of 5 years for using firearm during and in relation to drug-trafficking crime); 18 U.S.C. § 3559(a) (felony is Class B if maximum prison term is 25 years or more, and Class D if less than 10 years but 5 or more years), § 3583(e)(3) (maximum prison term upon revocation of supervised release is 3 years for Class B felony and 2 years for Class D felony). Second, the sentence resulted from the district court's proper consideration of relevant factors, including the commission of a felony drug offense while on supervised release, and the recommended Guidelines imprisonment range of 12–18 months under U.S.S.G. § 7B1.4(a) (policy statement). *See* 18 U.S.C. § 3583(e) (specifying § 3553(a) factors courts must consider in revocation decision); *United States v. White Face,* 383 F.3d 733, 740 (8th Cir.2004) (deciding a court need not list every factor, but the record must show the court considered relevant matters and stated some reason for its decision).

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.